# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151729 & (8)

MARK COOPER,
      Plaintiff-Appellant,

v

                                   SC: 151729
                                   COA: 327737

RAYMOND D. COMER, CAROLYN
COMER, NEW ONONDAGA
DRAGWAY, LLC, and DANIEL L.
PRANSHKA,
            Defendants-Appellees,

Ingham CC: 13-001193-ND;
14-000649-ND

and

ONONDAGA TOWNSHIP,
            Intervening Party-Appellee.
_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED as moot.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2015


Clerk

d0616